**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROSA GRINBERGER, On Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGY XXI GULF COAST, INC., GARY C. HANNA, DOUGLAS E. BROOKS, MICHAEL S. BAHORICH, GABRIEL L. ELLISOR, STANFORD SPRINGEL, and CHARLES W. WAMPLER,<br><br>Defendants. | Case No. 18-cv-01233-MN |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure that plaintiff Rosa Grinberger ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") without prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 28, 2018

**O'KELLY ERNST & JOYCE, LLC**

*/s/ Ryan M. Ernst*
Ryan M. Ernst (#4788)
901 N. Market St., Suite 1000
Wilmington, DE 19801
Tel.: (302) 778-4000
rernst@oelegal.com

*Attorneys for Plaintiff*

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly C. Keenan
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiff*